UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR94-0006-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JERRY JOE SMITH, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 20, 2007. The United States was represented by Assistant United States Attorney Annette Hayes, and the defendant by Mr. A. Bentley.

The defendant had been charged and convicted of Bank Robbery. On or about March 11, 1994, defendant was sentenced by the Honorable Carolyn R. Dimmick to a term of 151 months in custody by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participating in a substance-abuse treatment program, financial disclosure, restitution in the amount of $480.18, and consenting to search.

In a Petition for Warrant or Summons, dated June 18, 2007, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of his supervised release:

(1) Using marijuana on or before March 22, 2007, in violation of standard condition

01 number 7.

02     (2)    Using cocaine on or before April 23, 2007, and June 13 and 14, 2007, in violation
03 of standard condition number 7.

04 The defendant was advised of his rights, acknowledged those rights, and admitted to the
05 two alleged violations.

06 I therefore recommend that the Court find the defendant to have violated the terms and
07 conditions of his supervised release as to violations numbers 1, and 2, and that the Court conduct
08 a hearing limited to disposition.  A disposition hearing on these violations has been set before
09 the Honorable Robert S. Lasnik on July 25, 2007, at 10:00 a.m.

10 Pending a final determination by the Court, the defendant has been detained.

11 DATED this 20th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

16 cc:    District Judge:    Honorable Robert S. Lasnik
        AUSA:    Ms. Annette Hayes
17     Defendant's attorney:    Mr. Allen Bentley
    Probation officer:    Mr. Michael S. Larsen

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2