UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR94-006-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JERRY JOE SMITH, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on September 6, 2007. The United States was represented by AUSA Annette Hayes and the defendant by Howard Phillips for Allen R. Bentley. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 11, 1994 by the Honorable Carolyn R. Dimmick on a charge of Bank Robbery, and sentenced to 151 months custody, 3 years supervised release. (Dkt. 15.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing firearms, submit to search, participate in drug treatment, abstain from alcohol and provide financial information as requested to his probation

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 officer.

02 On April 24, 2007, defendant's probation officer reported that defendant had violated the
03 terms of supervised release by using cocaine. Defendant was reprimanded, placed in a structured
04 testing program, referred for professional assessment and intensive outpatient treatment, and no
05 further action was taken at the time. (Dkt. 20.) The case was reassigned to the Honorable Robert
06 S. Lasnik on June 20, 2007.

07 On June 20, 2007, defendant admitted to violating the conditions of supervised release by
08 using marijuana and using cocaine. (Dkt. 25.) Defendant was sentenced to time served in custody
09 (36 days), and supervised release of 34 months, and required to participate in a home confinement
10 program with electronic monitoring for up to 60 days. (Dkt. 31.)

11 In an application dated August 28, 2007 (Dkt. 32), U.S. Probation Officer Michael S.
12 Larsen alleged the following violation of the conditions of supervised release:

13 1. Using cocaine, on or about August 22, 2007, in violation of standard condition
14 number 7.

15 Defendant was advised in full as to the charge and as to his constitutional rights.

16 Defendant admitted the alleged violation and waived any evidentiary hearing as to whether
17 it occurred.

18 I therefore recommend the Court find defendant violated his supervised release as alleged,
19 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be
20 set before Judge Lasnik.

21 / / /

22 / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01     Pending a final determination by the Court, defendant has been detained.

02     DATED this 6th day of September, 2007.

03

04                                                       Mary Alice Theiler
                                                      United States Magistrate Judge

05

06 cc:    District Judge:           Honorable Robert S. Lasnik
       AUSA:                   Annette Hayes
       Defendant's attorney:   Allen R. Bentley, Howard Phillips
07       Probation officer:      Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3